## CERTIFICATE OF SERVICE

I, _Jennifer Hepola_, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, a copy of the complaint, and Notice of Dispute Resolution Alternatives and was made February 9, 2018 by:

Mail Service: Certified, first class United States mail, postage fully pre-paid, addressed to:

☒  Registered Agent for Defendant [**via Certified Mail 7017 2400 0000 7789 1401**]
C T Corporation System
800 S. Gay Street, Suite 2021
Memphis, Tennessee 38120

Defendant [**via Certified Mail 7017 2400 0000 7789 1418**]
Officer/Managing Agent
Singer Sewing Company
1714 Heil Quaker Boulevard, Suite 130
La Vergne, Tennessee 37086-3662

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

| February 9, 2018 | /s/ Jennifer Hepola |
|---|---|
| Date | Signature |

| Print Name |
|---|
| Jennifer Hepola |
| Business Address |
| ASK LLP, 2600 Eagan Woods Drive, Suite 400 |

| City | State | Zip |
|---|---|---|
| Saint Paul | Minnesota | 55121 |