# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HANCOCK FABRICS, INC., *et al.*,[1]<br><br>　　　　　Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 16-10296 (BLS)<br><br>(Jointly Administered) |
| HANCOCK FABRICS, INC.,<br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Defendants Listed on Exhibit "A,"<br>　　　　　　　　　　　　Defendants. | Adv. No. See Exhibit "A" |

## CERTIFICATE OF SERVICE

I, Kara E. Casteel, hereby certify that on April 10, 2018, a copy of the *Order Establishing Streamlined Procedures Governing Adversary Proceeding with Total in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* and *Order Establishing Streamlined Procedures Governing Adversary Proceeding with Total in Controversy Less Than or Equal to $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* was caused to be served via first class mail to those parties listed on the attached service list.

Dated: April 10, 2018　　　　　　　　　　**ASK LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Kara E. Casteel*
　　　　　　　　　　　　　　　　　　　　Kara E. Casteel, Esq. MN SBN 0389115
　　　　　　　　　　　　　　　　　　　　Joseph L. Steinfeld, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　2600 Eagan Woods Drive, Suite 400
　　　　　　　　　　　　　　　　　　　　St. Paul, MN  55121
　　　　　　　　　　　　　　　　　　　　Telephone: (651) 406-9665
　　　　　　　　　　　　　　　　　　　　e-mail: kcasteel@askllp.com

　　　　　　　　　　　　　　　　　　　　*-and-*

---

[1] The Post-Effective Date Debtor in this case, along with the last four digits of its federal tax identification number, is Hancock Fabrics, Inc. (0905).

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
E-mail: eneiger@askllp.com

*-and-*

**GIBBONS P.C.**
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 1015
Wilmington Delaware 19801-1671
Telephone: (302) 518-6300
Facsimile: (302) 429-6294
Email:       nsongonuga@gibbonslaw.com

*Counsel for Plaintiff, Hancock Fabrics, Inc.*

# Exhibit "A"

| Defendant Name | Adversary Number |
|---|---|
| Allary Corp. | 18-50205 |
| Ameren Corporation dba Ameren Missouri | 18-50207 |
| American Communications Group, Inc. dba ACGMedia | 18-50208 |
| Averitt Express, Inc. | 18-50209 |
| Bank of America Corporation; and Marsh USA Inc. | 18-50210 |
| Brixmor Property Owner II, LLC | 18-50212 |
| Burr Pilger Mayer, Inc. | 18-50214 |
| BXS Insurance, Inc. dba Associated Adjusters, Intl. | 18-50215 |
| China National Arts & Crafts Imp./Exp. Corp. | 18-50216 |
| Con-Way Multimodal Inc. | 18-50217 |
| Crystal Art of Florida, Inc. | 18-50218 |
| David Textiles, Inc. | 18-50219 |
| Duke Energy Carolinas, LLC | 18-50220 |
| Express Services, Inc. dba Express Personnel Services - Dallas | 18-50222 |
| Fabric Merchants, Inc. | 18-50223 |
| Halcraft USA, Inc. | 18-50226 |
| J & B Services, Inc. | 18-50228 |
| Janome America, Inc. | 18-50229 |
| John Paul Colbath aka John Colbath | 18-50230 |
| Marisol International, LLC | 18-50234 |
| Mary Ellen's Products, Inc. dba Mary Ellen Home Care Products | 18-50236 |
| Memphis LIght, Gas and Water Division (MLGW) | 18-50237 |
| News America Marketing FSI L.L.C. | 18-50239 |
| Occasionally Made LLC | 18-50240 |
| P P I, Inc. | 18-50242 |
| P. Graham Dunn, Inc. | 18-50243 |
| Pacific Gas and Electric Company dba PG&E Sacramento | 18-50244 |
| PacifiCorp dba Rocky Mountain Power | 18-50245 |
| Premier Prints, Inc. | 18-50247 |
| Property Holdings, Inc. dba Phi Fabric Warehouse | 18-50248 |
| Ritik International Limited - Indones | 18-50250 |
| Samdash Holdings, Inc. | 18-50252 |
| Santima International Trade, PT | 18-50253 |
| Silverpop Systems Inc. | 18-50255 |
| Singer Sewing Company | 18-50256 |
| Spinrite Corp | 18-50259 |
| Sullivans (USA) Inc. | 18-50261 |

| | |
|---|---|
| The Robert Allen Duralee Group, Inc. fdba The Robert Allen Group, Inc. | 18-50264 |
| Trend Offset Printing Services, Inc. | 18-50266 |
| Tri-Coastal Design Group, Inc. | 18-50267 |
| United Parcel Service, Inc. dba UPS | 18-50268 |
| Vistra Energy Corp. dba TXU Energy | 18-50269 |
| WestRock RKT Company | 18-50270 |
| Wiese USA, Inc. | 18-50271 |
| World Kitchen, LLC fdba World Kitchen, Inc. | 18-50272 |
| XPO Logistics, Inc. fdba Con-Way Freight Inc. | 18-50273 |

* 46 Adversary Proceedings

Kenneth L. Baum, Esq.
Law Office of Kenneth L. Baum LLC
167 Main Street
Hackensack, New Jersey 7601

Erin M. Edelman, Esq.
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105-1847

Carl Grumer, Esq.
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, California 90064

Henry C. Shelton, III, Esq.
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, Tennessee 38119

Jeffrey R. Waxman, Esq.
Morris James LLP
500 Delaware Ave Suite 1500
Wilmington, Delaware 19801

Brian T. Moynihan, President
Bank of America Corporation
150 N. College Street
Charlotte, North Carolina 28255

Christopher M. South, CEO
Marsh USA Inc.
1166 Avenue of the Americas
New York, New York 10036

James M. Taylor, President/CEO
Brixmor Property Owner II, LLC
450 Lexington Avenue, 13th Floor
New York, New York 10017

Ivan Kallick, Esq.
Manatt, Phelps & Phillips, LLP
11355 West Olympic Blvd.
Los Angeles, California 90064

Saundra B. Strong, Esq.
BancorpSouth
Associate General Counsel
120 Colony Crossing
Madison, Mississippi 39110

Officer, Managing or General Agent
China National Arts & Crafts Imp./Exp. Corp.
103 Jixiangli
Chaoyangmenwal
Beijing,  100020

Paul Smith, President
Con-Way Multimodal Inc.
5165 Emerald Parkway
Suite 300
Dublin, Ohio 43017

Robert D. Wilcox, Esq.
Wilcox Law Firm
814 North Highway A1A, Suite 202
Ponte Vedra Beach, Florida 32082

David Cohen, CEO
David Textiles, Inc.
1920 South Tubeway Avenue
City of Commerce, California 90040

Mary M. Caskey, Esq.
Haynsworth Sinkler Boyd, P.A.
Post Office Box 11889
Columbia, South Carolina 29211

Michael J. Joyce, Esq.
O'Kelly & Ernst & Joyce, LLC
901 North  Market Street, Suite 1000
Wilmington, Delaware 19801

Steven W. Bugg, Esq.
McAfee & Taft, A Professional Corporation
211 North Robinson
Tenth Floor, Two Leadership Square
Oklahoma City, Oklahoma 73102

J. Bennett Friedman, Esq.
Friedman Law Group, P.C.
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067

Richard L. Koral, Esq.
Attorney at Law
180 Ridgefield Avenue
South Salem, New York 10590

David W. Houston, III, Esq.
Mitchell, McNutt & Sams, P.A.
105 South Front Street
PO Box 7120
Tupelo, Mississippi 38802-7120

J. Cory Falgowski, Esq.
Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, Delaware 19801

Arthur E. Rosenberg, Esq.
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019

John Paul Colbath aka John Colbath
2665 168th Lane NW
Andover, Minnesota 55304

Micah Holst, CEO
Marisol International, LLC
1251 NW Briarcliff Parkway
Suite 275
Kansas City, Missouri 64116

Dave Burns, Esq.
Dave Burns Law Office, LLC
1025 Grain Exchange South
400 South Fourth Street
Minneapolis, Minnesota 55415

Stephanie Green Cole, Esq.
The Law Office of Stephanie G. Cole
44 North Second Street, Suite 700
Memphis, Tennessee 38103

Scott Lindstrom, Officer
News America Marketing FSI L.L.C.
1211 Avenue of the Americas
New York, New York 10036

Tracee Martin, Owner
Occasionally Made LLC
8545 Patterson Avenue
Suite 201
Richmond, Virginia 23229

Gregory Hauswirth, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
1007 N. Orange Street, 4th Floor
Wilmington, Delaware 19801

Stuart I. Koenig, Esq.
Leech Tishman Fuscaldo & Lampl Inc.
633 West Fifth Street, 48th Floor
Los Angeles, California 90071

J. Douglas Drushal, Esq.
Critchfield, Critchfield & Johnston, Ltd.
225 North Market Street
Wooster, Ohio 44691

R. Grant Dick, IV, Esq.
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, Delaware 19899

Geisha Williams, President
Pacific Gas and Electric Company dba
PG&E Sacramento
77 Beale Street, 24th Floor
San Francisco, California 94105

Cindy Crane, President
PacifiCorp dba Rocky Mountain Power
825 NE Multnomah
Suite 2000
Portland, Oregon 97232

Case 18-50256-BLS    Doc 10    Filed 04/10/18    Page 8 of 9

Jeffrey Greenberg, Esq.
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
100 Light Street, 21st Floor
Baltimore, Maryland 21202

Anna J. Riggs, President
Property Holdings, Inc. dba Phi Fabric
Warehouse
5168 Sunset Meadow Lane
Tupelo, Mississippi 38801

Ritik International Limited - Indones
Jl Setrasari Julon VII No. 10
Bandung,  40152

Michael Tenenbaum, RegAgt/CEO
Samdash Holdings, Inc.
304 Metzger Drive
West Orange, New Jersey 7052

Officer/Managing Agent
Santima International Trade, PT
Jalan W.R. Supratman
Tangerang,  15412

Mark Fraze, Esq.
IBM Corporation; Office of Counsel, U.S.
Western Region
425 Market Street, 19th Floor
San Francisco, California 94105

Garvan McDaniel, Esq.
Hogan McDaniel
1311 Delaware Avenue
Wilmington, Delaware 19806

Michele L. Angell, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019

Ryan Newell, CEO
Spinrite Corp
320 Livingston Avenue South
Listowel, Ontario,  N4W 3H3

Jenna N. Wadulak, Esq.
Huck Bouma, PC
1755 South Naperville Road, Suite 200
Wheaton, Illinois 60189

William Hargreaves, CFO
The Robert Allen Duralee Group, Inc. fdba
The Robert Allen Group, Inc.
2 Hampshire Street, Suite 300
Foxboro, Massachusetts 2035

Elihu Allinson III, Esq.
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, Delaware 19801

Evan T. Miller, Esq.
Bayard, P.A.
600 North King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19899

Tedd S. Levine, Esq.
The Law Firm of Tedd S. Levine, LLC
1305 Franklin Avenue, Suite 300
Garden City, New York 11530

Dennis Meloro, Esq.
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801

John Elrod, Esq.
Greenberg Traurig, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305

Steven T. Holmes, Esq.
Cavazos Hendricks Poirot, P.C.
900 Jackson Street, Suite 570
Founders Square
Dallas, Texas 75202

Julia A. May, Esq.
Shumaker Loop & Kendrick LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

Patrick J. Sweeney, Esq.
Greensfelder, Hemker & Gale, PC
12 Wolf Creek Drive, Suite 100
Belleville (Swansea), Illinois 62226

Ken Wilkes, President
World Kitchen, LLC fdba World Kitchen, Inc.
9525 W. Bryn Mawr Avenue
Suite 300
Rosemont, Illinois 60018

Deborah Fletcher, Esq.
FisherBroyes, LLP
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210