## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2018, I electronically served true and correct copies of the foregoing *Answer to The Complaint* upon the following parties via CM/ECF and First Class Mail:

| | |
|---|---|
| Natasha M. Songonuga | Joseph L. Steinfeld, Jr. |
| Gibbons P.C. | ASK LLP |
| 300 Delaware Avenue | 2600 Eagan Woods Drive |
| Suite 1015 | Suite 400 |
| Wilmington, DE 19801-1671 | St. Paul, MN 55121 |
| (302) 518-6324 | (651) 289-3842 |
| Fax: (302) 429-6294 | Fax: (651) 406-9676 |
| nsongonuga@gibbonslaw.com | jsteinfeld@askllp.com |

HOGAN♦McDANIEL

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar #4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7596
Facsimile: 302.656.7599
Email: gfmcdaniel@dkhogan.com